ANNA P. BOUDIN, Appellant, *v.* HARRY CLARREN, Respondent.
In the Matter of HARRY CLARREN, Respondent; ANNA P.
Boudin, Appellant.

Argued October 13, 1942; decided December 3, 1942.

*Louis B. Boudin* for appellant.
*Matthew H. Rosenblum* for respondent.

Judgment affirmed, with costs. Order affirmed, with costs. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., on the ground that the appellant is entitled to a trial of the question whether the contract was obtained by fraud, and a trial may not be denied to her even assuming that her affidavits show there is no substantial ground for her claim.